

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00075-CV

| | | |
|---|---|---|
| Weatherford Texas Hospital Company, LLC d/b/a Weatherford Regional Medical Center, Peggy Gentzel, R.N., Alisha Bullard, R.N., and Bonnie Calhoun, R.N. | § § | From the 236th District Court of Tarrant County (236-285372-16) |
| v. | § | November 2, 2017 |
| Amy Lynn Laudermilt and Steven Melton | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants Weatherford Texas Hospital Company, LLC d/b/a Weatherford Regional Medical Center, Peggy Gentzel, R.N., Alisha Bullard, R.N., and Bonnie Calhoun, R.N. shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mark T. Pittman_____
Justice Mark T. Pittman